LESLIE A. ELLISON      *      NO. 2020-CA-0376

VERSUS      *      COURT OF APPEAL

JANCARLO JOSE ROMERO      *      FOURTH CIRCUIT
AND THE HONORABLE
ARTHUR A. MORRELL, IN      *      STATE OF LOUISIANA
HIS OFFICIAL CAPACITY AS
CLERK OF CRIMINAL      *
COURT FOR THE PARISH OF
ORLEANS      *

* * * * * * *

EAL

**LOMBARD, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE CHASE**

For the reasons assigned by Judge Chase, I respectfully dissent.